# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BERG,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:19cv-00833-SAB<br><br>ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On June 14, 2019, Matthew Berg, proceeding pro se,[1] filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act along with an application to proceed in this matter without prepayment of fees. Plaintiff provided the mailing address of his mother in Oregon, but the complaint states that he is homeless and living on the streets in Stockton or San Joaquin. Plaintiff's application to proceed without prepayment of fees states that he is incarcerated at 999 W. Mathews Rd., French Camp, California. The Court takes judicial notice that this is the address for the San Joaquin County Jail. Fed. R. Evid. 201(b).

Pursuant to the Social Security Act, an action seeking review of the final decision of the

---

[1] The Court notes that Plaintiff's mother included her name as a "spokesman" in this action. This issue shall not be addressed in the current order.

1

Commissioner of Social Security "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business. . . ." 42 U.S.C. § 405(g). The Local Rules of the Eastern District of California, provide that "all civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo, and Yuba counties shall be commenced in the United States District Court sitting Sacramento, California, and in Redding, California, or other designated places within those counties as the Court shall designate when appropriate for Magistrate Judge criminal proceedings." L.R. 120(d).

This action would properly be filed in the Sacramento Division of the Eastern District of California as Plaintiff resides in San Joaquin County. Local Rule 120(f), provides that a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division of the Eastern District of California. This court will not rule on Plaintiff's request to proceed without prepayment of fees.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. This court has not ruled on Plaintiff's request to proceed without prepayment of fees.

IT IS SO ORDERED.

Dated: **June 18, 2019**

UNITED STATES MAGISTRATE JUDGE